MARY HIMELFARB, Respondent, v. IRVING HIMELFARB, Appellant.—

Concur — Eager, J. P., Nunez, Steuer and Tilzer, JJ.